UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

General Mills, Inc.,

Plaintiff,

v.

Kraft Foods, Inc.,

Defendant.

Civil 00-1295 JRT/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: July 10, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JUL 11 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

F I L E   C O P Y

Date: July 11, 2000 dl

---

R E C O R D   O F   D O C K E T   T E X T

---

0:00-cv-01295 General Mills, Inc. v. Kraft Foods, Inc.

DOCKET ENTRY

ORDER OF RECUSAL ( Magistrate Judge Franklin L. Noel / 7/10/00) Case referred to Magistrate Judge John M. Mason (FILE NO. REMAINS THE SAME EXCEPT FOR MAGISTRATE JUDGE'S INITIALS - 00-1295JRT/JMM) 1pg(s) (cc: all counsel)

Hon. John R Tunheim, Judge

THIS NOTICE SENT TO ALL COUNSEL