IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

GENERAL MILLS, INC.,

Plaintiff,

v.

KRAFT FOODS, INC.,

Defendant.

Civil File No. 00 CV 1295 (JRT/~~FLN~~) JMM

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time in which defendant Kraft Foods, Inc. shall have to respond to the Complaint in the above-captioned matter shall be extended to and including October 25, 2000.

Date: October 11, 2000

**FAEGRE & BENSON**

Eunice P. de Carvalho

Kenneth A. Liebman, (#236731)
Richard M. Berman, (#0007687)
Eunice P. de Carvalho, (#257473)
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000

*Attorneys for Plaintiff General Mills, Inc.*

**KIRKLAND & ELLIS**

Robert G. Krupka, P.C.
David P. Swenson, (MN#265214)
KIRKLAND & ELLIS
655 15th Street, N.W.
Washington, DC 20005
(202) 879-5000

*Attorneys for Defendant Kraft Foods, Inc.*

10/25/00

FILED OCT 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________